UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

DUSTIN DERNIER,

    Plaintiff,

vs.

SEAN L. GILBERT, et al.,

    Defendant.

No.   16-223

## DECLARATION OF DUSTIN DERNIER

I, Dustin Dernier, declare that:

1. I make this declaration in support of my Motion to Quash Subpoena Duces Tecum or For Protective Order, which is being filed in response to the subpoena duces tecum (the "Subpoena") that plaintiffs served on me in a lawsuit pending in the United States District Court for the Northern District of California captioned *Sean L. Gilbert, et al. v. Bank of America, N.A., et al.*, Case No. CV-13-01171-JSW (the "Gilbert Lawsuit.").

2. I have personal knowledge of the facts in this declaration, and if called as a witness, I would testify competently to all such facts.

3. I was previously employed as a Manager of Efinance Support ("Efinance"). Efinance is not a party to the Gilbert Lawsuit.

4. I am no longer employed by Efinance, and do not possess or have access to its records.

5. I also do not possess or have access to documents maintained by any lenders who issued loans to any potential class members in the Gilbert Lawsuit.

**EXHIBIT 7**

6. I am not aware of which loans were made to California lenders as a result of leads provided by Selling Source or MoneyMutual, LLC, nor do I know how much money was paid by California residents to various lenders as a result of these loans.

7. Counsel for Plaintiffs, Jeffrey Wilens and Jeffrey Spencer, have filed approximately 140 arbitration cases on behalf of other claimants against me and approximately 15 other respondents.

8. I declare under penalty of perjury under the laws of the State of Kansas and the United States of America that the foregoing statements are true and correct.

Executed this 11th day of October 2016, in _____Johnson County, KS_____,

_____
Dustin Dernier